Grace WILLIAMS, an infant, by Michael Williams, her guardian ad litem, respondent, v. YELLOW TAXICAB COMPANY, appellant. (Supreme Court, Appellate Division, Second Department. December 24, 1915.) Judgment and order unanimously affirmed, with costs. The case was for the jury. The court did not err in its refusal to grant the motion recorded at folios 376, 377, for although plaintiff's wit-

ness Buchman at one place of his cross-examination testified that he did not see the defendant's cab until the collision, he added immediately that he both saw and felt it, and that he must have seen it before he felt it (folios 186, 187). Moreover, his testimony at folios 156, 159, 163, 164, implies that he saw the defendant's cab before the collision.

---

William J. WILSON, Applt., v. SHUBERT-ANDERSON CO., Respt. (Supreme Court, Appellate Division, First Department. December 30, 1915.) Judgment affirmed, with costs. No opinion. Order filed.

